In the Matter of the Claim of LOUIS URBANIAK, Respondent, against BELL AIRCRAFT CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.